IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS SMITH, | ) | CIVIL ACTION NO. 3:21-cv-193 |
| | ) | |
| Plaintiff, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION IN JOHNSTOWN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72. The Magistrate Judge filed a Report and Recommendation on November 8, 2021, recommending that Plaintiff Thomas Smith's ("Smith") complaint be dismissed without leave to amend. (ECF No. 4).

Smith was notified that pursuant to 28 U.S.C. § 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation (*Id.* at 3). Smith timely filed objections to the Report and Recommendation on November 11, 2021. (ECF No. 5).

After *de novo* review of the record in this matter, the Report and Recommendation, and the objections thereto, the Court finds that the objections filed by Smith at ECF No. 5 are without merit. The following order is entered:

AND NOW, this 27th day of December, 2021, **IT IS HEREBY ORDERED** that the Complaint (ECF No. 3) is dismissed without leave to amend as stated in the Report and

Recommendation. The Court adopts the Report and Recommendation as the opinion of this Court. Accordingly, all claims against the Defendants are dismissed. The clerk can terminate the Defendants and close the case.

BY THE COURT:

_____
THE HONORABLE KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Notice to by U.S. Mail to:

Thomas Smith
910 Philadelphia Avenue
Northern Cambria, PA 15714